UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| IN RE: | § | CHAPTER 13 |
| | § | |
| VALOR BLAZER, | § | CASE NO. 21-30069-HCM |
| | § | |
| DEBTOR. | § | |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

***PLEASE TAKE NOTICE*** that the attorneys set forth below hereby appear as counsel for the State of Texas (through the Office of the Texas Attorney General, Consumer Protection Division), pursuant to Rule 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"). The undersigned request that all notices given or required to be given in the above-captioned case (including, but not limited to, all papers filed and served in all adversary proceedings in such case, and to creditors and equity security holders who file with the Court and request that all notices be mailed to them) be given to and served on the following:

Richard L. Bischoff
Gabriela Martinez
Assistant Attorneys General
Texas Attorney General's Office
Consumer Protection Division
401 E. Franklin, Suite 530
El Paso, Texas 79901
Phone: (915) 834-5800
Fax: (915) 542-1546

***PLEASE TAKE FURTHER NOTICE*** that this request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, all orders and notices of any application, motion, petition, pleading, request, complaint, or demand, statement of affairs, operating reports, schedules of assets and liabilities, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service,

hand delivery, telephone, facsimile transmission, or otherwise that (1) affects or seeks to affect in any way any rights or interest of any creditor or party in interest in this case, with respect to the (a) debtor, (b) property of the debtor's estate, or proceeds thereof, in which the debtor may claim an interest, or (c) property or proceeds thereof in the possession, custody, or control of others that the debtor may seek to use; or (2) requires or seeks to require any act, delivery of any property, payment or other conduct by the undersigned.

*[Remainder of Page Intentionally Left Blank]*

Dated: April 7, 2021  Respectfully submitted,

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

GRANT DORFMAN
Deputy First Assistant Attorney General

SHAWN E. COWLES
Deputy Attorney General for Civil Litigation

RACHEL R. OBALDO
Assistant Attorney General
Chief, Bankruptcy & Collections Division

*/s/ Abigail R. Ryan*
JASON B. BINFORD
Texas State Bar No. 24045499
ABIGAIL R. RYAN
Texas State Bar No. 24035956
Office of the Attorney General of Texas
Bankruptcy & Collections Division
P. O. Box 12548 MC008
Austin, Texas 78711-2548
Telephone: (512) 463-2173
Facsimile: (512) 936-1409
jason.binford@oag.texas.gov
abigail.ryan@oag.texas.gov

RICHARD L. BISCHOFF
Texas State Bar No. 02343200
Richard.Bischoff@oag.texas.gov
GABRIELA MARTINEZ
Texas State Bar No. 24085454
Gabriela.Martinez@oag.texas.gov
Assistant Attorneys General
Office of the Attorney General of Texas
Consumer Protection Division
401 E. Franklin, Suite 530
El Paso, Texas 79901
P: (915) 834-5800/F: (915) 542-1546

ATTORNEYS FOR THE STATE OF TEXAS

3

**CERTIFICATE OF SERVICE**

      I certify that a true and correct copy of the foregoing has been served via the Court's Electronic Filing System on all parties requesting notice in this proceeding on April 7, 2021.

                                              */s/ Abigail R. Ryan*
                                              ABIGAIL R. RYAN
                                              Assistant Attorney General