IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| In Re: Blazer, Valor | § § § | |
| | § | CASE NO. 21-30069 |
| Debtor, | § § | Chapter 13 |

## APPLICATION OF KARLA PATRICIA GRIFFIN TO WITHDRAW AS ATTORNEY OF RECORD FOR DEBTOR

**This pleading request relief that may be adverse to your interests. If no timely response is filed within twenty-one (21) days from the date of service, no hearing will be held and the relief requested in the motion may be granted without a hearing being held. A timely filed response is necessary for a hearing to be held.**

**TO THE HONORABLE H. CHRISTOPHER MOTT, U.S. BANKRUPTCY JUDGE:**

Now comes, Karla Patricia Griffin, attorney of record for Debtor, Valor Blazer, and respectfully files this Application to Withdraw as Attorney of Record, and as grounds would show the Court the following:

Movant would show that irreconcilable conflicts have developed between the attorney and the Debtor/client, Valor Blazer.

**WHEREFORE, PREMISES CONSIDERED,** Movant prays that after notice to creditors and parties in interest, that he be allowed to withdraw as the attorney of record for Debtor in Cause No. 21-30069

**DATED** this the 16th day of April, 2021.

RESPECTFULLY SUBMITTED,

WATSON & GRIFFIN

/s/ Karla Patricia Griffin
Karla Patricia Griffin

Attorney for Debtor(s)  
1123 E. Rio Grande  
El Paso, TX 79902  
PH: (915) 532-7526  
FAX: (915) 779-6671

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

IN RE: Valor Blazer

CASE NO. 21-30069

CHAPTER 13

## Certificate of Service

I hereby certify that as of the date of filing the attached document, I have mailed/delivered a true and correct copy thereof to each party listed herein as well as all parties listed as receiving electronic mail noticesas well as the Chapter 13 Trustee, Stuart C. Cox, 1760 N Lee Trevino Dr. El Paso, TX 79936 ans U.S Trustee, 615 E. Houston, Suite 533, San Antonio, Texas 78205

Date: 4/16/2021

/s/ Karla P. Griffin
Karla P. Griffin
Attorney for the Debtor(s)

Aida Cory
112 Pat Thompson Ct
Ruidoso, NM 88345

Amanda Campos
10444 Ethyl Hart
El Paso, TX 79927

Bob Agnew
3232 Girard Blvd, NE
ALBUQUERQUE, NM 87107

Aida Del Toro
8872 Dulce
EL PASO, TX 79907

Ana Magallanes
12120 Saint Crispin
El Paso, TX 79936

Bob Craig
602 Craig Rd
Walnut Shade, MO 65711

Albert Frias
4735 San Sebastian Ave
Las Vegas, NV 89121

Aracely Moreno
154 La Cienega
Socorro, TX 79927

Bob Ford
856 N Water Ave
Gallatin, TN 37066

Alberto Alarcon
11270 Tomas Granillo
Socorro, TX 79927

Bea Galindo
11124 Montana Ave, No 40
El Paso, TX 79936

Bruce Beacham
2309 A. Ennsamel Rd
Black Creek, B.C. Canada V9j-1h7

Alicia Ceja
5894 Megan Street
Santa Teresa, NM 88008

Bill Gullifa
41 Franklin St
Stoneham, MA 02180

Butch Sheets
Po Box 38
Mapleton, IL 61547

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

IN RE: Valor Blazer

CASE NO. 21-30069

CHAPTER 13

## Certificate of Service

(Continuation Sheet #1)

---

| | | |
|---|---|---|
| Capital One<br>xxxxxxxxxxxx6410<br>Attn: Bankruptcy<br>PO Box 30285<br>Salt Lake City, UT 84130 | Daniel Orozlo<br>4013 Old Harbor Cove, No 117<br>Marina del Rey, CA 90292 | El Paso Tax Assessor-Collector<br>221 North Kansas Suite 300<br>El Paso, Texas 79901 |
| Cecilia Rodriguez<br>3531 Mountain Ave<br>El Paso, TX 79930 | Debbie Herrera<br>472 Kellie St<br>Chaparral, NM 88081 | Elidia Hernandez<br>102 Birch<br>Ruidoso, NM 88345 |
| Charles Siciliano<br>175 N Bedford Rd<br>Mount Kisco, NY 10549 | Dick Bober<br>33 St. Moritz Cir<br>Willington, CT 06279 | Elizabeth Esquivel<br>7955 San Paulo<br>El Paso, TX 79915 |
| Clarisa Luna<br>6544 Aztec<br>El Paso, TX 79925 | Dick Hussey<br>1142 53RD Court<br>West Palm Beach, FL 33407 | Felix DeGeyter<br>122 S. Elm Place<br>Broken Arrow, OK 74012 |
| Clifford Johnson<br>5311 Eastcove Ct<br>Bakersfield, CA 93306 | Dolores Hernandez<br>11256 Ivanhoe<br>El Paso, TX 79936 | Fernando Rodriguez<br>1809 Rose Gate Way<br>El Paso, TX 79936 |
| Dan Mouton<br>1860 IH-10 South<br>Beaumont, TX 77707 | Doug Pray<br>2011 S. Cedar Ave<br>Broken Arrow, OK 74012 | Fidel Rodriguez<br>3531 Mountain Ave<br>El Paso, TX 79930 |
| Daniel Aranda<br>3200 N. 75TH ST<br>SCOTTSDALE, AZ 85251 | DSRM Nat Bank/Valero<br>xxxxxxxx0000<br>Attn: Bankruptcy<br>PO Box 696000<br>San Antonio, TX 78260 | Firstlight Federal Cu<br>xxxxxxxxxxxx0472<br>Pob 24901<br>El Paso, TX 79914 |

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

IN RE: Valor Blazer                    CASE NO. 21-30069

                                       CHAPTER 13

**Certificate of Service**

(Continuation Sheet #2)

---

| | | |
|---|---|---|
| Gerald Oetkem<br>3609 Ave Y<br>LARNED, KS 67550 | Ida S. Caldera<br>2108 Visto Lejano<br>Las Cruces, NM 88005 | Jock Finley<br>1335 Highway 542<br>Estancia, NM 87016 |
| Gessie Tassone<br>25 Cliff St.<br>New Rochelle, NY 10801 | Ines Valerio<br>12 San Mateo Way<br>Santa Fe, NM 87506 | John Baraldi<br>3 Natalie Road<br>Chelmsford, MA 01824 |
| Gloria Alvarez<br>12213 Robert Dahl Dr<br>El Paso, TX 79938 | Internal Revenue Service<br>Centralized Insolvency Operations<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | John Runkles<br>389 Emerald Brook Dr<br>El Paso, TX 79928 |
| Graciela R. Sierra<br>3130 E. San Antonio Ave<br>El Paso, TX 79905 | Jaime Marquez<br>Po Box 795<br>Chamberino, NM 88027 | Josefina Mendoza<br>12102 Alex Guerrero Cir<br>El Paso, TX 79936 |
| Hilda Rayas<br>129 High Meadow Dr<br>Milford, PA 18337 | Jesus Fernandez<br>1881 Zuisa Col. Linda Vista<br>Cd. Juarez, Chih. MX | Joseph D. Feldman P.C. CPA<br>7400 Viscount Blvd Suite 207<br>El Paso, TX 79925 |
| Home Tax Solution<br>6953 Alamo Downs Pkwy<br>San Antonio, TX 78238 | Jesus Siguala<br>127 Calle Del Norte<br>Chaparral, NM 88081 | Juan Baca<br>13275 S. Minuteman Dr<br>Draper, UT 84020 |
| Humberto Galvan<br>718 Delaware<br>Neosho, MO 64850 | Jim Huxhold<br>25840 Helmick Rd<br>Sedro Woolley, WA 98284 | Juan Jarrot<br>15630 Linbergh Ln.<br>West Palm Beach, FL 33414 |

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

IN RE: Valor Blazer  CASE NO. 21-30069

CHAPTER 13

**Certificate of Service**

(Continuation Sheet #3)

---

| | | |
|---|---|---|
| Juan Manuel De La Cruz<br>1776 Pico Alto No. C<br>El Paso, TX 79935 | LaQuanta Stewart-Jones<br>5814 Falasie Gap Rd<br>Colorado Springs, CO 80902 | Linebarger Goggan Blair & Sampson, LLP<br>711 Navarro, Suite 300<br>San Antonio, TX 78205 |
| Juan Palma<br>4322 4TH N.W<br>ALBUQUERQUE, NM 87107 | Laura Hernandez<br>6556 Majestic Ridge<br>El Paso, TX 79912 | Lorena Rodriguez<br>11581 Chisolm Trail<br>Socorro, TX 79927 |
| Juana Marquez<br>823 Silvestre Dr<br>El Paso, TX 79907 | Laura Rios<br>26 Pacific Street<br>North Babylon, NY 11703 | Lorenzo Zuniga<br>3712 Cista El Este<br>El Paso, TX 79938 |
| Julian Puebla<br>San Isidro D.B<br>Chih. MX | Lawrence Chagoya<br>524 Katherine Dr<br>Horizon City, TX 79928 | Lulu Lial<br>8620 Campana Ct<br>El Paso, TX 79907 |
| Ken Clark<br>907 Main St<br>Pittsfield, ME 04967 | Leonor Tarango<br>5000 Salem Dr<br>El Paso, TX 79924 | Luz Mendivil<br>11408 Haney Rd<br>El Paso, TX 79927 |
| Ken Luig<br>Po Box 220<br>13421 U.S Highway 281<br>Scotland, TX 76379 | Leticia Miranda Estrada<br>456 Desert Mari Gold<br>Horizon City, TX 79928 | Manuel Borgas<br>3607 Pera Ave<br>El Paso, TX 79905 |
| Lance Walker<br>999 Stafford Farm Rd<br>Concord, NC 28025 | Lina Maria Placencio<br>5808 Pickerel Dr<br>El Paso, TX 79924 | Maria C. Rodriguez<br>16058 Calle De Paseo<br>Irwindale, CA 91706 |

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

IN RE: Valor Blazer                          CASE NO. 21-30069

                                          CHAPTER 13

### Certificate of Service

(Continuation Sheet #4)

---

| | | |
|---|---|---|
| Maria D. Gonzales<br>13510 Bradford St<br>El Paso, TX 79928 | Marisol Arias<br>665 Khalsa Way<br>Socorro, TX 79927 | Oscar Vazquez<br>5608 Sarah Anne Ave<br>El Paso, TX 79924 |
| Maria Del Refujio Saldivar<br>410 Branding Iron Cir.<br>Las Cruces, NM 88005 | Maritza Parga<br>509 Chelsea St<br>El Paso, TX 79903 | Randall Dekker<br>4235 N. Meridian<br>Oklahoma City, OK 73112 |
| Maria Ines Solis<br>5455 Landmark Pl, No 1103<br>Englewood, CO 80111 | Mark Eberhadt<br>203 Huntsfield<br>Elverson, PA 19520 | Raymundo Luna<br>6544 Aztec<br>El Paso, TX 79925 |
| Maria Teresa Flores<br>104 Morning Star Dr<br>EL Paso, TX 88008 | Michael C. Shyne<br>500 Tenth St, Suite 301<br>Alamogordo, NM 88311 | Rita Susan Perez<br>219 Crown Point Dr<br>El Paso, TX 79912 |
| Maria Villalpando<br>780 Paula<br>El Paso, TX 79915 | Michael Hernandez<br>1405 W. Bon Bright<br>Carlsbad, NM 88220 | Ron Gillet<br>Po Box 2694<br>Anthony, NM 88021 |
| Marisela Diaz<br>303 Third St<br>Sunland Park, NM 88063 | Moises Gonzalez<br>5802 Wales<br>Santa Teresa, NM 88008 | Rosa Jimenez<br>176 Downing<br>Stockton, CA 95206 |
| Marisela Medina<br>104 Aspen Dr<br>Sunland Park, NM 88063 | Omar Esquivel<br>7955 San Paulo<br>EL PASO, TX 79915 | Rosalla Juarez<br>173 Coronado Rd BLD 1 APT 1008<br>EL PASO, TX 79915 |

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

IN RE: Valor Blazer

CASE NO. 21-30069

CHAPTER 13

## Certificate of Service

(Continuation Sheet #5)

---

| | | |
|---|---|---|
| Rosie Felix<br>3404 Dornoch<br>El Paso, TX 79925 | Tim Duran<br>2300 W. Division St, Suite 120<br>Arlington, TX 76012 | Wilbert Home<br>265 Wall Rd<br>Napa, CA 94558 |
| Roy Simon<br>988 Fled Ave<br>Olivehurst, CA 95961 | TitleMax<br>12496 Montana Avenue<br>El Paso, TX 79938 | World Acceptance/Finance Corp<br>xxxxxxxx7001<br>Attn: Bankruptcy<br>PO Box 6429<br>Greenville, SC 29606 |
| Rudy Gutierrez Jr.<br>6320 Camino Fuente Dr.<br>El Paso, TX 79912 | Tony Salerno<br>1044 Nichols Rd<br>Springdale, AR 72762 | World Acceptance/Finance Corp<br>xxxxxxxx6901<br>Attn: Bankruptcy<br>PO Box 6429<br>Greenville, SC 29606 |
| Security Service FCU<br>xxxxxx3020<br>Risk Management<br>PO Box 691586<br>San Antonio, TX 78269 | United States Attorney<br>Civil Process Clerk<br>601 N.W. Loop 410, Ste 600<br>San Antonio, TX 78216 | Ysaura Ruelas<br>905 Sun Flower<br>El Paso, TX 79907 |
| Steve Brookens<br>41860 Big Bear Blvd<br>Big Bear Lake, CA 92315 | Valor Blazer<br>5700 Flager<br>El Paso, TX 79938 | Yvonne Marquez<br>813 Hermosa Dr. Spc A<br>CHAPARRAL, NM 88081 |
| Stuart C. Cox, Trustee<br>1760 North Lee Trevino<br>El Paso, TX 79936 | Victor Hernandez<br>2450 Telshor Dr<br>Las Cruces, NM 88012 | |
| Sylvia Alvarez<br>12036 Banner Crest<br>El Paso, TX 79936 | Watson Law Firm, P.C.<br>1123 E. Rio Grande<br>El Paso, Texas 79902 | |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| In Re: Blazer, Valor | § § § | |
| | § | CASE NO. 21-30069 |
| Debtor, | § § | Chapter 13 |

### ORDER GRANTING APPLICATION OF KARLA PATRICIA GRIFFIN TO WITHDRAW AS ATTORNEY OF RECORD FOR DEBTOR

Came on to be considered the Application filed by Movant, Karla Patricia Griffin, attorney of record for Debtor Valor Blazer, to withdraw as attorney of record herein.

Notice of this matter was mailed to all creditors and parties in interest. It appearing to the Court that no objections have been filed within the time allowed, and it appearing that the Application is proper. It is, therefore,

**ORDERED, ADJUDGED AND DECREED**, by the Court that the Application of Karla Patricia Griffin to Withdraw as Attorney of Record, be, and it is hereby, **GRANTED**.

###

This order was prepared and submitted by:
Watson & Griffin
1123 E. Rio Grande
El Paso, Texas 79902
Ph: 915-562-4357
Fax: 866-201-0967