**The relief described hereinbelow is SO ORDERED.**

**Signed May 12, 2021.**

_____
**H. CHRISTOPHER MOTT
UNITED STATES BANKRUPTCY JUDGE**

_____

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE WESTERN DISTRICT OF TEXAS
### EL PASO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| VALOR BLAZER | § | CASE NO. 21-30069-HCM |
|     Debtor. | § | (Chapter 13) |
| | § | |

### ORDER DENYING CONFIRMATION OF PLAN AND DISMISSING CASE

On May 12, 2021, the Court conducted a hearing on confirmation of the Chapter 13 Plan ("Plan") (dkt# 12) filed by Valor Blazer ("Debtor"). Objections to confirmation of the Plan were filed by MJ Real Properties, Inc. ("MJRP") (dkt# 21), the State of Texas, representing the Consumer Protection Division ("State of Texas") (dkt# 23), and the Chapter 13 Trustee ("Trustee") (dkt# 44). The Trustee also sought dismissal of the bankruptcy case.

Appearing at the hearing were the Debtor, counsel for the Debtor, counsel for MJRP, counsel for the State of Texas, and counsel for the Trustee. The Court has considered the Plan, the Objections, the record in this bankruptcy case, the exhibits, and the statements and arguments of the parties. For the reasons stated by the Court on the record at the hearing, the Court finds that confirmation of the Plan should be denied, that

1

this bankruptcy case should be dismissed without prejudice, and that the following Order should be entered.

**THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED AS FOLLOWS:**

1. Confirmation of the Chapter 13 Plan ("Plan") (dkt# 12) filed by the Debtor is hereby DENIED.

2. This Chapter 13 case of the Debtor is hereby DISMISSED without prejudice.

### #